UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

----------------------------------------

*Calderon*

-v-

*Griffin, et al*

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-5796__

JUDGE: __KMW__

DATE: __AUGUST 7, 2008__

# INDEX TO THE RECORD ON APPEAL

*U.S. DISTRICT COURT FILED AUG 0 7 2008 S.D. OF N.Y.*

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

**DOCUMENT DESCRIPTION**                                   **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS


( √ ) **Original Record**                    ( ___ ) **Supplemental Record**


The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 7TH Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

*Calderon*

-v-

*Griffin, et al*

---------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-w-5796

JUDGE: KMW

DATE: AUGUST 7, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through ____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 7TH Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
    Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-05796-KMW
### Internal Use Only

Calderon v. Griffin et al  
Assigned to: Judge Kimba M. Wood  
Demand: $50,000  
Cause: 42:1983 Prisoner Civil Rights  

Date Filed: 06/27/2008  
Date Terminated: 06/27/2008  
Jury Demand: Plaintiff  
Nature of Suit: 555 Prisoner: Prison Condition  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Francisco Calderon.(jeh) (Entered: 07/02/2008) |
| 06/27/2008 | 2 | COMPLAINT against W. Griffin, B. Hilton. Document filed by Francisco Calderon.(jeh) (Entered: 07/02/2008) |
| 06/27/2008 | | Magistrate Judge Kevin N. Fox is so designated. (jeh) (Entered: 07/02/2008) |
| 06/27/2008 | 3 | ORDER OF DISMISSAL; Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed without prejudice. 28 U.S.C. 1915(e)(2) (B) (ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/27/2008) (jeh) (Entered: 07/02/2008) |
| 06/27/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed without prejudice. 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 06/272008) (jeh) (Entered: 07/02/2008) |
| 07/17/2008 | 5 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), 3 Order Dismissing Complaint (I.F.P.). Document filed by Francisco Calderon. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 08/04/2008) |
| 07/17/2008 | | Appeal Remark as to 5 Notice of Appeal filed by Francisco Calderon. $455.00 APPEAL FEE DUE. IFP REVOKED 6/27/08.(tp) (Entered: 08/04/2008) |
| 08/04/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 08/04/2008) |
| 08/04/2008 | | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 08/04/2008) |